RECEIVED
IN LAKE CHARLES, LA

JUN 10 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CR 20185-001 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| GABRIEL ROMAINE DARJEAN | : | MAGISTRATE JUDGE KAY |

## MEMORANDUM ORDER

IT IS ORDERED that the defendant's Motion for Leave to File In Forma Pauperis [doc. 47] and Motion for Reconsideration [doc. 45] ARE DENIED.

The defendant has not complied with the requirements of 28 U.S.C. 1915(a)(2). He has not filed the required certified copy of his trust fund statement (or the institutional equivalent) for the six month period proceeding this action.

The defendant did not provide sufficient information pursuant to 28 U.S.C.A. § 753(f) for the court to certify that the appeal is not frivolous (but presents a substantial question). In his motion for reconsideration, the defendant referred to exhibits that were not actually attached to his motion.

Lake Charles, Louisiana, this 27 day of May, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE